# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:22-cr-00141 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | |
| DEWAYNE DOUGLAS PRICE, JR. | ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 35) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One, Three, Four, and Seven of the seven count Indictment; (2) accept Defendant's guilty plea to Counts One, Three, Four, and Seven of the seven count Indictment; (3) adjudicate Defendant guilty of Counts One and Four: Exploitation of a minor in violation of 18 U.S.C. § 2251(a) and 2(b); (4) adjudicate Defendant guilty of Count Three: Receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2); (5) adjudicate Defendant guilty of Count Seven: Possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B); and (6) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 35) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One, Three, Four, and Seven of the seven count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One, Three, Four, and Seven of the seven count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Counts One and Four: Exploitation of a minor in violation of 18 U.S.C. § 2251(a) and 2(b);

4. Defendant is hereby **ADJUDGED** guilty of Count Three: Receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2);

5. Defendant is hereby **ADJUDGED** guilty of Count Seven: Possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B); and

6. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **June 21, 2024, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE